Per Curiam.
 

 This is a petition exhibited to this court for a
 
 mandamus
 
 to compel the Circuit Court to proceed to the trial of the cause between these parties, having been moved into the Circuit Court, by appeal to the Circuit Court, having been continued by the judge for two years and a half, under an act of the Legislature, being, as he supposed, an action for a gun, impressed for the public service in the time of the late war.
 

 
 *49
 
 * This court has no original jurisdiction, and cannot take cognizance of any matter unless it relates to an appeal, which, if prayed and defeated, or attempted to be defeated in any way, this court would aid by any writ which would overcome and remove the injury.
 
 Petition dismissed.
 

 See King’s Digest, 8547, 11,256.